**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  Condor Flugdienst GmbH

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___
   ☒ Other  HRB 83385 . Describe identifier  Commercial Register No. (Amtsgericht, Darmstadt, Germany)

   **For individual debtors:**
   ☐ Social Security number:  xxx – xx– ___ ___ ___ ___
   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ___ ___ ___ ___
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**  Christoph Debus, Ralf Teckentrup, Christian Schmitt, Detlef Specovius

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Amtsgericht Frankfurt am Main, Insolvenzgericht, Ref. No. 810 IN 1209/19 C

5. **Nature of the foreign proceeding**

   *Check one:*
   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Additional orders of the German Court evidencing appointment of Christoph Debus as foreign representative of the Debtor, due to his appointment as managing director of the Debtor subsequent to entry of order commencing the foreign proceeding; excerpt of Commercial Register establishing Christoph Debus' appointment as managing director of the Debtor.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☐ Yes

Debtor  **Condor Flugdienst GmbH**
      Name

Case number (*if known*)_____

| | |
|---|---|
| **8. Others entitled to notice** | Attach a list containing the names and addresses of: |
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Germany

**Debtor's registered office:**

An der Gehespitz 50
Number       Street

_____
P.O. Box

Neu-Isenburg                                                63263
City          State/Province/Region      ZIP/Postal Code

Germany
Country

**Individual debtor's habitual residence:**

_____
Number       Street

_____
P.O. Box

_____
City          State/Province/Region      ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

An der Gehespitz 50
Number       Street

_____
P.O. Box

Neu-Isenburg                                                63263
City          State/Province/Region      ZIP/Postal Code

Germany
Country

**10. Debtor's website** (URL)

https://www.condor.com/us/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☑ Other. Specify: Limited Liability Company

☐ Individual

Debtor  Condor Flugdienst GmbH                    Case number (if known)_____
        Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Ralf Teckentrup
Signature of foreign representative        Printed name

Executed on  10 / 02 / 2020
             MM / DD / YYYY

Christian Schmitt

✗ _____    Christoph Debus
Signature of foreign representative        Printed name

Detlef Specovius

Executed on  10 / 02 / 2020
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date  10 / 02 / 2020
Signature of Attorney for foreign representative       MM / DD / YYYY

Richard A. Bixter, Esq.
Printed name

Holland & Knight LLP
Firm name

150 N. Riverside Plaza, Suite 2700
Number      Street

Chicago                                IL         60606
City                                   State      ZIP Code

(312) 263-3600                         Richard.Bixter@hklaw.com
Contact phone                          Email address

6299110                                IL
Bar number                             State